| | |
|---|---|
| STATE OF NORTH CAROLINA<br>COUNTY OF MECKLENBURG | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION<br>CASE NO. 24-CV-003839-590 |

| | |
|---|---|
| **COREY HEMPHILL,**<br><br>                               **Plaintiff,**<br><br>v.<br><br>**CHARLOTTE-MECKLENBURG**<br>**BOARD OF EDUCATION and**<br>**CHRISTOPHER K. BERNARD,**<br>**individually and in his official capacity,**<br><br>                             **Defendants.** | **NOTICE OF FILING OF NOTICE OF REMOVAL** |

**TO:** Honorable Superior Court Judge
      Clerk of Superior Court
      Mecklenburg County
      PO Box 37971
      Charlotte, North Carolina 28237

      PLEASE TAKE NOTICE that Defendants Charlotte-Mecklenburg Board of Education and Christopher K. Bernard, by and through undersigned counsel, have filed a **NOTICE OF REMOVAL** and thereby removed this action from the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina, Charlotte Division, pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446. A copy of the Notice of Removal is attached as **Exhibit 1**.

      This the 7th day of March 2024.

/s/ Oksana Cody
Oksana Cody
Senior Associate General Counsel
N.C. State Bar No. 45393
Oksanak.cody@cms.k12.nc.us
/s/ Breanna E. Miller
Breanna E. Miller
Associate General Counsel
NC State Bar No. 59400
Breannae.miller@cms.k12.nc.us
Charlotte-Mecklenburg Board of Education
600 E. Fourth St., 5th Floor
Charlotte, NC 28202
Phone: (980) 343-6228
Fax: (980) 343-5739
*Counsel for Defendants*

EXHIBIT B

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL** in the above-entitled action upon all parties to this cause by depositing a copy hereof in a postage-paid wrapper in a post office or official depository under the exclusive care and custody of the United State Postal Service and via electronic mail, addressed as follows:

Eric A. Montgomery
The Montgomery Law Firm, PLLC
6135 Park South Drive
Suite 510
Charlotte, NC 28210
eric@themlawfirm.com

This the 7th day of March 2024.

/s/ Oksana Cody
Oksana Cody
Senior Associate General Counsel
N.C. State Bar No. 45393
Oksanak.cody@cms.k12.nc.us
Charlotte-Mecklenburg Board of Education
600 E. Fourth St., 5th Floor
Charlotte, NC 28202
Phone: (980) 343-6228
Fax: (980) 343-5739